UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 2:23-mj-0228-SKL |
| v. | ) Dist. of Arizona–Phoenix Div. |
| | ) Charging Dist. No. CR-23-8111-PCT-SPL(DMF) |
| | ) |
| TRAVIS J. BUSSELL | ) |

MEMORANDUM AND ORDER

Defendant Travis J. Bussell appeared before the Court on October 25, 2023, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance on an arrest warrant and indictment out of the U.S. District Court, District of Arizona, Phoenix Division. Those present for the hearing included AUSA Greg Bowman, Defendant, and Assistant Federal Defender Ashley Boyer who was appointed as counsel for Defendant.

Defendant had been provided with a copy of the arrest warrant and indictment and had the opportunity of reviewing those documents with his attorney. It was determined that Defendant was capable of reading and understanding the provided documents. Defendant was also advised of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

The Government moved that Defendant be detained. Defendant requested a detention hearing in the arresting district and time to prepare for said hearing. Defendant was temporarily detained pending his detention hearing [Doc. 4]. Prior to the scheduled detention hearing, Defendant filed a waiver of his right to proceed with a detention hearing in the arresting district [Doc. 6] and asked that he be transferred to the charging district for further proceedings.

Accordingly, it is **ORDERED** that:

(1) Defendant shall be **TEMPORARILY DETAINED** pending his transfer to the charging district as set forth in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport Defendant to the charging district for a hearing on a date to be determined once defendant is in said district.

SO ORDERED.

ENTER:   s/ *Susan K. Lee*
         SUSAN K. LEE
         UNITED STATES MAGISTRATE JUDGE